USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/12/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON YOUNG,

        Plaintiff,

-against-

FULLSTACK ACADEMY, INC., DAVID YANG, and GABRIEL LEBEC,

        Defendants.

**OPINION AND ORDER**

18 Civ. 08070 (ER)

Ramos, D.J.:

Plaintiff, Aaron Young, filed this action on September 5, 2018, as John Doe. By Opinion and Order dated October 5, 2018, the Court denied Plaintiff's request to continue to proceed as John Doe. The Clerk of Court is respectfully directed to amend the caption to remove John Doe and to substitute it with the name of Aaron Young.

SO ORDERED.

Dated:    October 11, 2018
           New York, New York

                                          Edgardo Ramos, U.S.D.J.